IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JUAN BAUTISTA § <br> (BOP No. 22850-479) § <br> (And all other pro se Plaintiffs § <br> listed in the body of this Judgment) § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> ERIC WILSON, Warden, § <br> FMC-Fort Worth et al., § <br> § <br> Defendants. § | | Civil Action No. 4:21-CV-189-P <br> through Civil Action No. 4:21-CV-374-P[1] |

**FINAL JUDGMENT DISMISSING SEVERED ACTIONS WITHOUT PREJUDICE**

The complaint in these cases was initially filed as a putative class action in the name of 187 Plaintiffs, all of whom were then inmates at the Bureau of Prisons (BOP) FMC-Fort Worth facility in Fort Worth, Texas. *See Rudzavice v. Wilson et al.*, Civil Action No. 4:21-CV-176-P, Compl. 3-8, ECF No. 1 (hereinafter the "176 Action"). The lead Plaintiff in the 176 Action was James Rudzavice ("Rudzavice"). After the Court denied his request for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure, it severed the claims of each of the other 186 Plaintiffs into separate civil actions, namely, Civil Action No. 4:21-CV-189-P through Civil Action No. 4:21-CV-374-P (hereinafter, the "Severed Actions"). *See Rudzavice v. Wilson et al.*, Orders, Civil Action No. 4:21-CV-176-P, ECF Nos. 4, 5. The individual Plaintiffs in the Severed Actions, **excepting Civil Action No. 4:21-CV-254-P and Civil Action 4:21-CV-367-P**, *see supra*

---

[1] Excepted from this Order are the following civil actions, both of which the Court has reopened. *Ignacio Salcido v. Wilson et al.*, Civil Action No. 4:21-CV-254-P and *Charles Jackson v. Wilson et al.*, Civil Action No. 4:21-CV-367-P.

note 1, are identified as follows: Juan Bautista (No. 4:21-CV-189-P); Andrew Berko (No. 4:21-CV-190-P); Mauro Gonzales (No. 4:21-CV-191-P); Charles Layne (No. 4:21-CV-192-P); Enrique Gamino-Perez (No. 4:21-CV-193-P); Kurtis Hawkins (No. 4:21-CV-194-P); Michael Henderson (No. 4:21-CV-195-P); John Jose Barajas (No. 4:21-CV-196-P); Yoo Heon J (No. 4:21-CV-197-P); Daniel J. Sullivan (No. 4:21-CV-198-P); Delvin Green (No. 4:21-CV-199-P); Mike Porter (No. 4:21-CV-200-P); Baron Jones (No. 4:21-CV-201-P); Dayton Williams (No.4: 21-CV-202-P); Chris Brown (No.4:21-CV-203-P); Bryson Coleman (No. 4:21-CV-204-P); John R. Holt (No. 4:21-CV-205-P); Mark Palmer (No. 4:21-CV-206-P); Eric Staal (No. 4:21-CV-207-P); Victor Alejandro Valero Loredo (No. 4:21-CV-208-P); Johnny Joe Juarez (No. 4:21-CV-209-P); Jose A. Rodriguez (No. 4:21-CV-210-P); Shaun Meyer (No. 4:21-CV-211-P); Leonel J. Villicana (No. 4:21-CV-212-P); Elfren Madrid, Jr. (No. 4:21-CV-213-P); Elison Artega (No. 4:21-CV-214-P); Eric Nevue (No. 4:21-CV-215-P); Andrew Guerro (No. 4:21-CV-216-P); Joshua Amos (No. 4:21-CV-217-P); Davis Kirton (No. 4:21-CV-218-P); Marcos Olvera (No. 4:21-CV-219-P); Odumeqwu Ingram (No. 4:21-CV-220-P); Winston Martin (No. 4:21-CV-221-P); Justin Ray Holguin (No. 4:21-CV-222-P); Victor Bustamante (No. 4:21-CV-223-P); Roy Perkins (No. 4:21-CV-224-P); Kurt Bryant (No. 4:21-CV-225-P); Eric Hardin (No. 4:21-CV-226-P); Daniel McCormick (No. 4:21-CV-227-P); Danny Daugherty (No. 4:21-CV-228-P); Brian Morton (No. 4:21-CV-229-P); Christopher Moore (No. 4:21-CV-230-P); Jason Woerner (No. 4:21-CV-231-P); Dennis Boyle (No. 4:21-CV-232-P); Eugene Durst Self (No. 4:21-CV-233-P); James Milfred (No. 4:21-CV-234-P); Derek C. Toledo (No. 4:21-CV-235-P); Donald Cata (No. 4:21-CV-236-P); John Hitchcock (No. 4:21-CV-237-P); Dalton Woods (No. 4:21-CV-238-P); David Knowles (No. 4:21-CV-239-P); Ruben Santoyo (No. 4:21-CV-240-P); Josue Coy (No. 4:21-CV-241-P); Tacorrius

Jordan (No. 4:21-CV-242-P); Justin Tatum (No. 4:21-CV-243-P); Timothy Sims (No. 4:21-CV-244-P); Rudy R. Tajeda (No. 4:21-CV-245-P); Charles Scott (No. 4:21-CV-246-P); Jonathan Lee (No. 4:21-CV-247-P); Jose Paco Villegas (No. 4:21-CV-248-P); Jose Rivera Nova (No. 4:21-CV-249-P); Cedano Martinez Domingo (No. 4:21-CV-250-P); Blake Trevino (No. 4:21-CV-251-P); William Craig (No. 4:21-CV-252-P); Rafael Arculeta, Jr. (No. 4:21-CV-253-P); Pedro Zepeda (No. 4:21-CV-255-P); Kenny Chipres (No. 4:21-CV-256-P); Randal Joseph Bookout (No. 4:21-CV-257-P); Luis Alberto Mendez (No. 4:21-CV-258-P); Jason Aman (No. 4:21-CV-259-P); Steve Tyler (No. 4:21-CV-260-P); Jeremiah Grant (No. 4:21-CV-261-P); William Slattery (No. 4:21-CV-262-P ); Kevin Borges (No. 4:21-CV-263-P); Leslie Strong (No. 4:21-CV-264-P); Andrew Searcy (No. 4:21-CV-265-P); Hector Valdez (No. 4:21-CV-266-P); Rafael Tovar (No. 4:21-CV-267-P); Jarvis Moblin (No. 4:21-CV-268-P); Miguel Angel Carreon (No. 4:21-CV-269-P); Pedro Gill, III (No. 4:21-CV-270-P); Brian China (No. 4:21-CV-271-P); Kenneth Wayne Mims, Jr. (No. 4:21-CV-272-P); Jamar Montral Richardson (No. 4:21-CV-273-P); Julian Cabrera (No. 4:21-CV-274-P); Guadalupe Mecedo (No. 4:21-CV-275-P); Kingsley Onya (No. 4:21-CV-276-P); Jerry Sisco (No. 4:21-CV-277-P); James Johnson (No. 4:21-CV-278-P); Derrick White (No. 4:21-CV-279-P); Morgan Baldwin (No. 4:21-CV-280-P); Christopher Flores (No. 4:21-CV-281-P); Victor Jones (No. 4:21-CV-282-P); Darrien Reliford (No. 4:21-CV-283-P); Larry Branch (No. 4:21-CV-284-P); Blake Robertson (No. 4:21-CV-285-P); Kyree Barton (No. 4:21-CV-286-P); Ronelle Oudems (No. 4:21-CV-287-P); Mcmaryion Jeffrey (No. 4:21-CV-288-P); Derrick Frazier (No. 4:21-CV-289-P); Michael Shorter (No. 4:21-CV-290-P); Justin D. Regan (No. 4:21-CV-291-P); Chris Merriman (No. 4:21-CV-292-P); Jose Mata Soto (No. 4:21-CV-293-P); Juan Ramirez (No. 4:21-CV-294-P); Floyd Wagner (No. 4:21-CV-295-P); Preston Bushard (No. 4:21-CV-296-P);

Joel Salcedo (No. 4:21-CV-297-P); Samuel Condo (No. 4:21-CV-298-P); Paulino Carranza (No. 4:21-CV-299-P); Daryl Pawlak (No. 4:21-CV-300-P); Dylan Hedrick (No. 4:21-CV-301-P); McKay Stringham (No. 4:21-CV-302-P); Mark Yetter (No. 4:21-CV-303-P); Eddy Bullcalf (No. 4:21-CV-304-P); Dwight Branch (No. 4:21-CV-305-P); Ebube Otuonye (No. 4:21-CV-306-P); Jeremy Miller (No. 4:21-CV-307-P); Erick Mayorga (No. 4:21-CV-308-P); Mitchel Miller (No. 4:21-CV-309-P); Donnie Waldo, Jr. (No. 4:21-CV-310-P); Jeremy Mathews (No. 4:21-CV-311-P); Andrew Luten (No. 4:21-CV-312-P); Billy Gentry (No. 4:21-CV-313-P); Steven Hill (No. 4:21-CV-314-P); Charles Davis (No. 4:21-CV-315-P); Chad Hammond (No. 4:21-CV-316-P); Perry Damen (No. 4:21-CV-317-P); Jean Loui Vargas-Malave (No. 4:21-CV-318-P); Michael Joe Sanchez (No. 4:21-CV-319-P); Taylor Higginbotham (No. 4:21-CV-320-P); Damien Kimble (No. 4:21-CV-321-P); Deshun Keith Hall (No. 4:21-CV-322-P); Eugenio Perez (No. 4:21-CV-323-P); Hal Harkrader (No. 4:21-CV-324-P); Charles Johnson (No. 4:21-CV-325-P); Fernando Artiga (No. 4:21-CV-326-P); Lydsey Cox (No. 4:21-CV-327-P); Steven Hahnel (No. 4:21-CV-328-P); Daniel Miller (No. 4:21-CV-329-P); Joseph Kuykendall (No. 4:21-CV-330-P); Noah Alonzo (No. 4:21-CV-331-P); Jamie Cortez (No. 4:21-CV-332-P); Mark Poirier (No. 4:21-CV-333-P); Derrick Holt (No. 4:21-CV-334-P); Emmanuel Cervantes (No. 4:21-CV-335-P); Luis Cervantes (No. 4:21-CV-336-P); Rick Mora (No. 4:21-CV-337-P); Edward D. Rodriguez (No. 4:21-CV-338-P); Jason Schepers (No. 4:21-CV-339-P); Jose Garcia (No. 4:21-CV-340-P); Leslie Williams (No. 4:21-CV-341-P); David Antwone Ricks (No. 4:21-CV-342-P); Joseph Hernandez (No. 4:21-CV-343-P); Robert Luong (No. 4:21-CV-344-P); Tommy Escobedo Guzman (No. 4:21-CV-345-P); Michael Mendoza (No. 4:21-CV-346-P); Melvin Nowell (No. 4:21-CV-347-P); Miguel Angel Galvan, Jr. (No. 4:21-CV-348-P); Joe David Sandoval (No.4:21-CV-349-P); Anthony Johnson (No. 4:21-CV-

350-P); Jerry Malaer (No. 4:21-CV-351-P); Andy Crook (No.4:21-CV-352-P); Kelien Deshawn Thompson (No. 4:21-CV-353-P); Jose Ramirez (No. 4:21-CV-354-P); Randy Sisneros (No. 4:21-CV-355-P); Roger Roybal (No. 4:21-CV-356-P); James Rivers (No. 4:21-CV-357-P); Donald Dobie (No. 4:21-CV-358-P); Richard Baxter (No. 4:21-CV-359-P); Joseph Hinojosa (No. 4:21-CV-360-P); Louis de la Torre (No. 4:21-CV-361-P); Christopher Lambert (No. 4:21-CV-362-P); Jerry Jackson (No. 4:21-CV-363-P); Robert Young (No. 4:21-CV-364-P); Henry David Jackson (No. 4:21-CV-365-P); Benny Graham (No. 4:21-CV-366-P); Mike Meeks (No. 4:21-CV-368-P); Kevin Hutchinson (No. 4:21-CV-369-P); Andres Ramirez (No. 4:21-CV-370-P); Tito Dominguez (No. 4:21-CV-371-P); Gordon Bagneschi (No. 4:21-CV-372-P); Nicholas Hamm (No. 4:21-CV-373-P); and Andrew Dickson (No. 4:21-CV-374-P).

At the time of its severance order in February 2021, the Court directed each Plaintiff in the Severed Actions to complete and file a civil-rights complaint form as an amended complaint, and to either pay the applicable fees or file an application to proceed *in forma pauperis* with a certificate of inmate trust account. Before the time deadline to comply, however, the Court stayed and administratively closed the Severed Actions after Rudzavice filed an interlocutory appeal of the Court's denial of his request for class certification in the 176 Action. *See* Notice of Appeal, *Rudzavice v. Wilson et al.*, Civil Action No. 4:21-CV-176-P, ECF No. 12.

On May 10, 2021, the United States Court of Appeals for the Fifth Circuit issued a judgment as mandate dismissing Rudzavice's interlocutory appeal. *Rudzavice v. Wilson et al.*, No. 21-10246 (5th Cir. May 10, 2021). After the resolution of the interlocutory appeal, the Court, by Order entered in each of the Severed Actions on May 14, 2021, *sua sponte* **extended** the time for each Plaintiff in the Severed Actions to file the previously required documents—that is an

application to proceed *in forma pauperis* with certificate of inmate trust account and a completed civil-rights complaint form—**until June 10, 2021** (hereinafter, "Order Extending Compliance Deadline"). In its Order Extending Compliance Deadline, the Court also notified each Plaintiff in the Severed Actions that the "Failure of any Plaintiff to timely comply with this order could result in the dismissal of that individual Plaintiff's case without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." As of the date of this Final Judgment, however, none of the listed Plaintiffs in the Severed Actions has filed an IFP application with certificate of inmate trust account or a completed civil-rights complaint form, and none of them has otherwise filed any document responsive to the Court's Order Extending Compliance Deadline.

Rule 41(b) of the Federal Rules of Civil Procedure allows the Court to dismiss an action *sua sponte* for failure to prosecute or for failure to follow orders of the Court. This authority flows from the Court's inherent power to manage its docket. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998); *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962)). A Rule 41(b) dismissal may be with or without prejudice. *Long v. Simmons*, 77 F.3d 878, 880 (5th Cir. 1996). A dismissal with prejudice for want of prosecution is an extreme sanction which should be employed only where a litigant's acts or omissions are "the result of purposeful delay or contumaciousness and the record reflects that the district court employed lesser sanctions before dismissing the action [with prejudice]." *Id.* Here, Plaintiffs in the Severed Actions have had ample time to comply with the Court's Order Extending Compliance Deadline but have failed to do so.

Considering the status of the case, the imposition of fines and costs is not appropriate. Although Plaintiffs in the Severed Actions have failed to respond to the Court's Order Extending

6

Compliance Deadline, it is not evident from the record that they have engaged in purposeful delay or contumacious conduct. Upon consideration of all relevant factors, the Court finds that the interests of justice and judicial efficiency are best served by dismissal of these Severed Actions without prejudice.

The Court notes that this dismissal is not fatal to the alleged claims. Plaintiffs in the Severed Actions complain about events that transpired beginning in 2020. Therefore, they have ample time in which to refile their respective lawsuits within the two-year statute of limitations should they desire to proceed.

As a result, in accordance with Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that the claims of each Plaintiff in the Severed Actions—excepting Civil Action No. 4:21-CV-254-P and Civil Action No. 4:21-CV-367-P (*see supra* note 1)—are **DISMISSED** for want of prosecution and/or failure to comply with the Court's orders without prejudice to refiling. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED** this **29th day** of **June, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE